IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| STEVEN M. PRYE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 04-4248-CV-C-ODS |
| ) | |
| MATT BLUNT, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER TO SHOW CAUSE

On January 31, 2005, this Court ordered the parties to file a jointly proposed scheduling order/discovery plan ("Proposed Plan") in this case on or before April 8, 2005 (Doc. # 68). In accordance with Local Rules, the Order directed Plaintiff's Counsel to take the lead in preparing the Proposed Plan. To date, the Court has not received the Proposed Plan.

Accordingly, the parties are hereby ORDERED to file a Proposed Plan within fifteen (15) days from the date of this Order. Failure to do so may result in the dismissal of this case.

IT IS SO ORDERED.

DATE: April 12, 2005          /s/   Ortrie D. Smith
                              ORTRIE D. SMITH, JUDGE
                              UNITED STATES DISTRICT COURT